427 A.2d 244

Commonwealth v. Klingensmith, Appellant.

Submitted November 16, 1979. James H. Stratton, Jr., for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

---

427 A.2d 244

Commonwealth v. Mosley, Appellant.

Submitted March 21, 1980. James P. Gregor, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.